

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00364-CR

Joe William **MEURET** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 14-CRD-07
Honorable Ana Lisa Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 20, 2016.

_____
Patricia O. Alvarez, Justice